IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sean McClendon, | )<br>)<br>) |
| Plaintiff, | ) Case No: 2022 C 05472<br>) |
| v. | ) Judge: Sharon Johnson Coleman<br>) |
| City of Chicago, Milot Cadichon #17711,<br>Bryant McDermott, #12659, Robert<br>McHale #15902, Donald Smith #10257, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

Joel Flaxman
Kenneth N. Flaxman
Attorney for plaintiff, Sean McClendon
Kenneth N. Flaxman, P.C.
200 S. Michigan Avenue, Suite 201
Chicago, IL 60604
Attorney No.  6292818

DATE:  5/14/24

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

Mary B. Richardson-Lowry
Corporation Counsel
Attorney for defendant City of Chicago

Jessica L. Felker
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-6959
Attorney No. 6296357
DATE: June 7, 2024

*/s/ Brian Gainer*

Brian Gainer
Lisa McElroy
Ahmed Kosoko
Attorneys for defendants, Milot Cadichon,
Bryant McDermott, Robert McHale, and
Donald Smith
Special Assistant Corporation Counsel
Johnson & Bell, Ltd
33 W. Monroe Street, Suite 2700
Chicago, Illinois 60603
(630) 765-7766
Attorney No. 6286200
DATE: 5/16/24


*/s/ Shneur Nathan*

Shneur Nathan
Avi Kamionski
Brian Wilson
Special Assistant Corporation Counsel
Nathan & Kamionski LLP
206 S. Jefferson Street
Chicago, Illinois 60661
(312) 612-2255
Attorney No.     6294495

DATE:     May 13, 2024